FILED
CLERK, U.S. DISTRICT COURT

OCT 21 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)  Case No.: 10-MJ-2618
  )
            Plaintiff,    )
  )
    vs.                   )  ORDER OF DETENTION AFTER HEARING
  )  [Fed.R.Crim.P. 32.1(a)(6);
SHAUN LERTJIWAN           )  18 U.S.C. 3143(a)]
  )
  )
            Defendant.    )
  )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern Dist., CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no known bail resources; new offense alleged

_____

_____

_____

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/21/10

_____
UNITES STATES MAGISTRATE JUDGE